IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRESS RENTALS, INC., | CASE NO. 5:11-cv-02579 EJD |
| Plaintiff(s), | **ORDER RE: UPDATED JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| GENESIS FLUID SOLUTIONS, LTD, et. al., | |
| Defendant(s). | |
| AND RELATED ACTION. | |

In light of the order addressing all pending motions filed August 31, 2012 (see Docket Item No. 97), the parties shall file an updated Joint Case Management Statement **on or before September 7, 2012**, which includes, inter alia, a proposed schedule for this action.

**IT IS SO ORDERED.**

Dated: August 31, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-02579-EJD
ORDER RE: UPDATED JOINT CASE MANAGEMENT STATEMENT