Christopher A. Honea (SBN 232473)
Randall Garteiser (SBN 231821)
**GARTEISER HONEA, P.C.**
44 N. San Pedro Road
San Rafael, CA 94903
Telephone: 415-785-3762
Facsimile:  415-785-3805
Email: chris.honea@sftrialattorneys.com

**Attorneys for
THIRD-PARTY DEFENDANT
BLUE EARTH, INC.**

Todd A. Weber (Admitted pro hac vice)
**LANE ALTON HORST, LLC**
Two Miranova Place, Suite 500
Columbus, Ohio 43215-7052
T: 614.233.4749
E-Mail: tweber@lanealton.com

Attorneys for Third-Party Plaintiffs
GENESIS FLUID SOLUTIONS, LTD. AND MICHAEL K. HODGES

Bruce E. Disenhouse (SBN 78760)
**KINKLE, RODIGER, AND SPRIGGS**
3333 Fourteenth Street
Riverside, California 92501
Telephone: 951-683-2410
Facsimile: 951.683.7759
E-mail: BDisenhouse@KRSAttys-riv.com

Local Counsel for Defendants
GENESIS FLUID SOLUTIONS, LTD.
and MICHAEL K. HODGES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESS RENTALS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GENESIS FLUID SOLUTIONS, LTD. and MICHAEL K. HODGES,,<br><br>    Defendants and Third-Party Plaintiffs,<br><br>    v.<br><br>BLUE EARTH, INC., et al.,<br><br>    Third-Party Defendants. | Case No. CV 11 2579 GLF<br><br>**SECOND STIPULATION TO EXTEND TIME TO<br>RESPOND TO AMENDED THIRD PARTY COMPLAINT**<br>**(L.R. 6-1(a))**<br><br>Third Party Amended Complaint Served: September 14, 2012<br><br>Current Response Date:<br>October 15, 2012<br><br>New Response Date:<br>November 1, 2012 |

*IT IS SO ORDERED*
*Judge Edward J. Davila*

Case No.: CV 11 2579 HRL                                      - 1 -
**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED THIRD PARTY COMPLAINT**

Third-Party Defendant Blue Earth, Inc. ("Blue Earth"), by and through their attorneys of record, and Third Party Plaintiffs Genesis Fluid Solutions, Ltd. and Michael K. Hodges ("Third-Party Plaintiffs"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Third Party Plaintiffs' Amended Third Party Complaint as against Blue Earth was filed on September 14, 2012, and served on September 14, 2012;

WHEREAS, the deadline for Third Party Defendants to respond to the Amended Third Party Complaint was October 1, 2012;

WHEREAS, Blue Earth and counsel for Third-Party Plaintiffs had agreed to extend the period of time in which Blue Earth may respond to Third-Party Plaintiffs' Amended Third Party Complaint up to and including October 15, 2012;

WHEREAS, settlement is now imminent and Blue Earth and counsel for Third-Party Plaintiffs had agreed to extend the period of time in which Blue Earth may respond to Third-Party Plaintiffs' Amended Third Party Complaint up to and including November 1, 2012;

WHEREAS, pursuant to Local Rule 6-1(a), counsel for Blue Earth and counsel for Third-Party Plaintiffs have agreed to extend the period of time in which Blue Earth may respond to Third-Party Plaintiffs' Amended Third Party Complaint up to and including November 1, 2012; and

WHEREAS, the Stipulation will not alter the date of any event or deadline already fixed by Court order.

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN COUNSEL AS FOLLOWS:

Blue Earth shall have up to and including November 1, 2012 within which to respond to Third Party Plaintiffs' Third Party Complaint.

IT IS SO STIPULATED.

Dated: October 15, 2012          **GARTEISER HONEA, P.C.**

By:  /s/ Christopher A. Honea
     Christopher A. Honea
     Attorneys for
     THIRD-PARTY DEFENDANT BLUE
     EARTH, INC.

Dated: October 15, 2011

By:  /s/ Todd A. Weber
     Todd A. Weber
     Attorneys for Third-Party Plaintiffs
     GENESIS FLUID SOLUTIONS, LTD. and
     MICHAEL
     K. HODGES

Case No.: CV 11 2579 HRL                         - 3 -
**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED THIRD PARTY COMPLAINT**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2012, I electronically submitted the foregoing document using the electronic case files system of the court.  The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

      /s/ Christopher A. Honea
Christopher A. Honea

Case No.: CV 11 2579 HRL      - 4 -
**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED THIRD PARTY COMPLAINT**