Christopher A. Honea (SBN 232473)
Randall Garteiser (SBN 231821)
**GARTEISER HONEA, P.C.**
44 N. San Pedro Road
San Rafael, CA 94903
Telephone: 415-785-3762
Facsimile:  415-785-3805
Email: chris.honea@sftrialattorneys.com

**Attorneys for
THIRD-PARTY DEFENDANT
BLUE EARTH, INC.**

Todd A. Weber (Admitted pro hac vice)
**LANE ALTON HORST, LLC**
Two Miranova Place, Suite 500
Columbus, Ohio 43215-7052
T: 614.233.4749
E-Mail: tweber@lanealton.com

Attorneys for Third-Party Plaintiffs
GENESIS FLUID SOLUTIONS, LTD. AND MICHAEL K. HODGES

Bruce E. Disenhouse (SBN 78760)
**KINKLE, RODIGER, AND SPRIGGS**
3333 Fourteenth Street
Riverside, California 92501
Telephone: 951-683-2410
Facsimile: 951.683.7759
E-mail: BDisenhouse@KRSAttys-riv.com

Local Counsel for Defendants
GENESIS FLUID SOLUTIONS, LTD.
and MICHAEL K. HODGES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESS RENTALS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GENESIS FLUID SOLUTIONS, LTD. and MICHAEL K. HODGES,,<br><br>　　　　Defendants and Third-Party Plaintiffs,<br><br>　v.<br><br>BLUE EARTH, INC., et al.,<br><br>　　　　Third-Party Defendants. | Case No. CV 11 2579 EJD<br><br>**STIPULATED DISMISSAL OF AMENDED THIRD-PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANT BLUE EARTH, INC.** |

Third-Party Defendant Blue Earth, Inc. ("Blue Earth"), by and through their attorneys of record, and Third Party Plaintiffs Genesis Fluid Solutions, Ltd. and Michael K. Hodges ("Third-Party Plaintiffs"), on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Third-Party Plaintiffs stipulate to the dismissal with prejudice of all claims and causes of action asserted in this case against defendant Blue Earth, and defendants Blue Earth stipulates to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Third-Party Plaintiffs. The parties shall bear their own attorneys' fees, expenses and costs.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESS RENTALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENESIS FLUID SOLUTIONS, LTD. and MICHAEL K. HODGES,, <br><br> Defendants and Third-Party Plaintiffs, <br><br> v. <br><br> BLUE EARTH, INC., et al., <br><br> Third-Party Defendants. | Case No. CV 11 2579 EJD <br><br> [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF AMENDED THIRD-PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANT BLUE EARTH, INC. |

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulated Dismissal of Amended Third-Party Complaint Against Third-Party Defendant Blue Earth, Inc., filed by Third Party Plaintiffs Genesis Fluid Solutions, Ltd. and Michael K. Hodges ("Third-Party Plaintiffs") and Third-Party Defendant Blue Earth, Inc. ("Blue Earth") pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by Third-Party Plaintiffs against defendant Blue Earth be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

Dated: 12/11/2012

_____
Hon. Edward J. Davila
United States District Judge