UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| PRESS RENTALS, INC. f/k/a EAGLE NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENESIS FLUID SOLUTIONS, LTD. and MICHAEL K. HODGES, <br><br> Defendants & Third-Party Plaintiffs <br><br> v. <br><br> U.S. BANCORP and U.S. BANK, N.A., <br><br> Third-Party Defendants. | Case No. CV 11 2579 EJD <br><br> [~~PROPOSED~~] JUDGMENT IN FAVOR OF THIRD-PARTY DEFENDANTS U.S. BANCORP AND U.S. BANK, NATIONAL ASSOCIATION |

Pursuant to the Court's Orders Granting Third-Party Defendants' Motions to Dismiss, filed January 2, 2014 (Dkt. No. 127), and February 6, 2013, (Dkt. No. 114)

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1    U.S. Bancorp and U.S. Bank National Association are granted judgment in their favor on all claims asserted in this action by Genesis Fluid Solutions, Ltd. and Michael K. Hodges, who shall take nothing against U.S. Bancorp and U.S. Bank National Association.

2.    This case is dismissed with prejudice and on the merits as against U.S. Bancorp and U.S. Bank National Association.

SO ORDERED.

Date: <u>April 16</u>, 2014

_____
Honorable Edward J. Davila
Judge of the District Court