WALLACE M. TICE, ESQ. (SBN 88177)
RANDEL J. CAMPBELL, ESQ. (SBN 209324)
LYNCH, GILARDI & GRUMMER
A Professional Corporation
170 Columbus Avenue, 5th Floor
San Francisco, CA 94133
wtice@lgglaw.com
rcampbell@lgglaw.com
Telephone:    (415) 397-2800
Facsimile:    (415) 397-0937

Attorneys for Plaintiff
PRESS RENTALS, INC., fka
EAGLE NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PRESS RENTALS, INC., fka EAGLE NORTH AMERICA, INC., a South Carolina corporation,<br><br>Plaintiff(s),<br><br>vs.<br><br>GENESIS FLUID SOLUTIONS, LTD., a Colorado corporation; MICHAEL K. HODGES, an individual,<br><br>Defendant(s). | Case No: 5:11-cv-02579-EJD<br><br>ASSIGNED TO:<br>THE HONORABLE EDWARD J. DAVILA<br><br>**[PROPOSED]**<br>**JUDGMENT AFTER ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Case Filed:   5/27/2011<br>Trial Date:   Not set |

The motion of Plaintiff PRESS RENTALS, INC., fka EAGLE NORTH AMERICA, INC., FOR JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE, FRCP RULE 56 MOTION FOR SUMMARY JUDGMENT came on for hearing on July 23, 2013. The Court found these matters appropriate for decision without oral argument pursuant to Local Civil Rule 7–1(b), and vacated the hearing date (Docket Item No. 126). The Court has jurisdiction over this action under 28 U.S.C. §§ 1332 and 1367. Having fully reviewed the parties' papers, the Court issued an order dated January 3, 2014, GRANTING IN PART AND DENYING IN PART Plaintiff's Motion for Judgment on the Pleadings. (Docket Item No. 127).

ACCORDINGLY, JUDGMENT IS ENTERED in favor of Plaintiff PRESS RENTALS, INC., fka EAGLE NORTH AMERICA, INC. ("Plaintiff"), and against Defendants GENESIS

FLUID SOLUTIONS, LTD. ("Genesis"), and MICHAEL K. HODGES (collectively, "Defendants"), jointly and severally, as follows:

1. Defendants must pay Plaintiff the balance due on the principal sum in the amount of $50,799.97, which is the principal sum of $152,000.00 less payments made by Genesis of $101,200.03.
2. Defendants must pay plaintiff pre-judgment interest at the statutory rate of 10% per annum from June 26, 2009 to the date of Judgment being entered, which accrued amount is $23,145.30 through January 14, 2014 (based on 1663 days at $13.9178/day).
3. Defendants must pay Plaintiff post-judgment interest at the statutory rate of 10% per annum from the date Judgment becomes entered until such time as the Judgment is satisfied, which shall accrue at $20.2590 per day (based on judgment of principal plus pre-judgment interest totaling $73,945.27).
4. Plaintiff is awarded costs and attorney's fees incurred after June 26, 2009 that were expended or incurred in enforcing the Settlement Agreement, subject to submission of a Bill of Costs and/or Motion for Attorney's fees submitted after this entry of Judgment pursuant to the local rules of this court.

The Clerk shall close this file.

DATED: April 16, 2014

EDWARD J. DAVILA
United States District Judge
Northern District of California
San Jose Division

R:\0495-0004\MTN\249731.DOC

Lynch, Gilardi & Grummer
A Professional Corporation
170 Columbus Ave.
5th Floor
San Francisco, CA 94133
Ph (415) 397-2800
Fax (415) 397-0937